**CURIS LAW, PLLC**
52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

December 30, 2024

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **1:24-cv-8810**

Dear Judge Kaplan:

    As you know our firm represents the Plaintiff John Doe in the above action. We write to inform the Court as to the status of our discovery schedule. We are still in the process of serving all defendants in this action and communicated to defense counsel for defendant Combs service issues regarding their client's refusal to leave his cell to accept service.

    As such, we are still in the process of conferring with counsel regarding a discovery schedule in this matter.

    We thank the Court for your time and attention to this matter.

Respectfully,
*/s/ Antigone Curis*
Antigone Curis