**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN DOE,

                       Plaintiff,

           -  against  -

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC,
ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10

                       Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/25
```

Case No. 24-cv-8810 (LAK)

**STIPULATION REGARDING SERVICE AND DEADLINES TO RESPOND TO COMPLAINT AND PENDING MOTION TO PROCEED ANONYMOUSLY**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff John Doe in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions LLC, Bad Boy Records, LLC ("Defendants"), in the above-captioned action that:

1) Defendants hereby accept service of 1) the Complaint (ECF #1) and 2) the Plaintiff's Motion for Leave to Appear Anonymously (ECF #6, the "Anonymity Motion")

2) The parties to this Stipulation agree that the Defendants shall have until **February 25, 2025** to answer, move, or otherwise respond to the Complaint;

3) The parties to this Stipulation agree that the Defendants shall have until **February 25, 2025** to file a response to the Anonymity Motion.

Dated: New York, New York
January 22, 2025

/s/ Mark Cuccaro
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions LLC*

/s/ Antigone Curis
Antigone Curis, Esq.
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*

/s/ Donald S. Zakarin
Donald S. Zakarin
PRYOR CASHMAN, LLP
7 Times Square
New York, NY 10036
212-326-0108
dzakarin@pryorcashman.com
*Counsel for Defendant Bad Boy Records, LLC*

1/22/25

SO ORDERED: _____
Hon. Lewis A. Kaplan