January 24, 2025

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

Re:    ***Doe v. Combs, et. al.***, Case No. 24-cv-08810 (LAK)

Dear Judge Kaplan:

We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and defendant Bad Boy Records, LLC.

The undersigned parties respectfully request that the initial scheduling conference in this matter currently scheduled for February 3, 2025, be adjourned pending resolution of Defendants' anticipated motions to dismiss.  Per the stipulated deadline approved in the Court's prior order (ECF #18), Defendants intend to a file a motion to dismiss the Complaint  on or before February 25, 2025.

We believe that such an adjournment would be consistent with Your Honor's individual rules, which provide that:  "Unless the parties are otherwise notified, a pending motion to dismiss the entire action cancels any previously scheduled initial scheduling conference."

Plaintiff made one prior request to adjourn this conference on the ground that service had not been completed (ECF #11), which resulted in a rescheduling from January 6, 2025 to February 3, 2025.

Respectfully submitted,

*/s/ Mark Cuccaro*
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

*/s/ Antigone Curis*
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*

Hon. Lewis A. Kaplan
January 24, 2025
Page 2 of 2


*/s/ Donald S. Zakarin*
Donald S. Zakarin
PRYOR CASHMAN, LLP
7 Times Square
New York, NY 10036
212-326-0108
dzakarin@pryorcashman.com
*Counsel for Defendant Bad Boy*
*Records, LLC*