UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Anthony Tate,

                      Plaintiff,                24-cv-08810(LAK)

    v.

Sean Combs, et al.,

                      Defendant(s).
------------------------------------x

                              ORDER

KAPLAN, District Judge.

        The Clerks Office shall update the docket to reflect the true name of the plaintiff used in the first amended complaint filed on February 4, 2025.

Dated: February 5, 2024

                                                                 _____
                                                                  Lewis A. Kaplan
                                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/25