UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                    Plaintiff,

   -against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10,

                    Defendants.

Case No. 24-cv-8810

**RULE 7.1 STATEMENT**

---

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Bad Boy Books Holdings, Inc., certifies that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of its membership interest. The undersigned counsel further certifies that Bad Boy Books Holdings, Inc. is a citizen of New York.

Dated: New York, New York
      February 18, 2025

**SHER TREMONTE LLP**

By:   */s/ Mark Cuccaro*
      Mark Cuccaro
      90 Broad Street, 23rd Floor
      New York, New York 10004
      Tel: (212) 202-2600
      mcuccaro@shertremonte.com

*Attorney for Sean Combs, Daddy's House Recordings, Inc., CE OpCO, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC*