**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ANTHONY TATE,

                        Plaintiff,

- against -

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a/ COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10.

                        Defendants.

Case No. 24-cv-08810 (LAK)

**ORAL ARGUMENT REQUESTED**

---

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated February 25, 2025, and upon all prior proceedings had in herein, Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (collectively, the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Lewis A. Kaplan, in Courtroom 21B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff's claims in the Amended Complaint (ECF #24) against the Combs Defendants with prejudice.

Dated: February 25, 2025
      New York, New York

                                       SHER TREMONTE LLP

                                       */s/ Mark Cuccaro*
                                       Mark Cuccaro
                                       Michael Tremonte
                                       Erica A. Wolff
                                       Raphael A. Friedman
                                       90 Broad Street, 23rd Floor
                                       New York, NY 10004
                                       (212) 202-2600
                                       mcuccaro@shertremonte.com
                                       mtremonte@shertremonte.com
                                       ewolff@shertremonte.com
                                       rfriedman@shertremonte.com
                                       *Attorneys for Combs Defendants*