UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

John Doe,

        *Plaintiff*,

      v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a
COMBS ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS
LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, ORGANIZATIONAL
DOES 1-10, AND INDIVIDUAL DOES 1-10

        *Defendants*.

---------------------------------------------------------X

No. 1:24-cv-8810

**STIPULATION CONSENTING TO AMEND CAPTION**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action:

      1.      That John Doe is hereby removed as a Plaintiff to this action.

      3.      That Anthony Tate is hereby added to the caption as Plaintiff to this action.

      4.      That the above caption shall be amended accordingly, as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Anthony Tate,

        *Plaintiff*,                  No. 1:24-cv-8810-LAK

    v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS     **STIPULATION**
INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a     **CONSENTING TO**
COMBS ENTERPRISES LLC, BAD BOY     **AMEND CAPTION**
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS
LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, ORGANIZATIONAL
DOES 1-10, AND INDIVIDUAL DOES 1-10

        *Defendants*.

---------------------------------------------------------X

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 22, 2025                  CURIS LAW, PLLC

                                            By: */s/ Antigone Curis*
                                            Antigone Curis
                                            52 Duane Street, 7th Floor
                                            New York, New York 10007
                                            *Attorney for Plaintiff*

_____
*SO ORDERED*:

                                            */s/ Mark Cuccaro*
                                            Mark Cuccaro
                                            SHER TREMONTE LLP
                                            90 Broad Street, 23rd Fl.
                                            New York, New York 10004
                                            T: 212.202.2600
                                            mcuccaro@shertremonte.com
                                            *Counsel for the Combs Defendants*