UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY TATE,

                                    Plaintiff,

                    -against-                                    24-cv-8810 (LAK)

SEAN COMBS, et al.

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2026

**SCHEDULING ORDER**

LEWIS A. KAPLAN, *District Judge*.

On January 29, 2025, the Court adjourned *sine die* the initial scheduling conference pending resolution of defendants' anticipated motion to dismiss. The Court then denied defendants' motion to dismiss on May 20, 2025.

The parties therefore are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule, and the agreed schedule calls for filing of the pretrial order not more than six months from the date of this order, counsel shall sign and file by May 19, 2026, a consent order for consideration by the Court. If such a consent order is not filed within the time provided, a video-conference invite will be emailed to counsel setting a video-conference on May 27, 2026, at 4:00 p.m.

                    SO ORDERED.

Dated:          April 21, 2026

                                    _____
                                         Lewis A. Kaplan
                                    United States District Judge