June 4, 2026

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *Tate v. Combs, et. al.*, Case No. 24-cv-08810 (LAK)


Dear Judge Kaplan:

      The parties in this matter write jointly, pursuant to the Court's instructions during the May 27, 2026 status conference and the Docket Text Order entered on that date, to respectfully inform the Court that the parties have determined that there is no diversity jurisdiction in this case and have agreed to resolve the issue through voluntary dismissal without prejudice. Accordingly, contemporaneously with the filing of this joint letter, the parties are filing a stipulation of voluntary dismissal without prejudice.

      Respectfully submitted,

/s/ David Fortney                         /s/ Mark Cuccaro

David Fortney                            Mark Cuccaro

THE BUZBEE LAW FIRM          SHER TREMONTE LLP

600 Travis Street, Ste 7500         90 Broad Street, 23rd Fl.

Houston, TX 77002                New York, New York 10004

T: (713) 223-5393                 T: 212.202.2600

dfortney@txattorneys.com          mcuccaro@shertremonte.com

/s/ Antigone Curis                    *Counsel for the Combs Defendants*

Antigone Curis

CURIS LAW, PLLC

52 Duane Street, 7th Fl.

New York, NY 10007

T: (646) 335-7220

antigone@curislaw.com

*Counsel for Plaintiff Anthony Tate*