**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTHONY TATE,

                    Plaintiff,

          v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a
COMBS ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL
DOES 1-10, AND INDIVIDUAL DOES 1-10

                    Defendants.

**STIPULATION OF**
**VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

24-cv-08810 (LAK)

      **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. Pro. 41,  by and between the undersignedcounsel for Plaintiff John Doe ("Plaintiff") in this action and the remaining defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions LLC, ("Defendants"), in the above-captioned action that:

1) The above-captioned action is hereby voluntarily dismissed in its entirety without prejudice.

2) The Defendants will not contest jurisdiction if Plaintiff elects to re-file this action in Florida state court.

3) If Plaintiff elects to re-file this action in Florida state court, the parties agree that the statute of limitations for such action will be tolled from the filing date of this federal

action (November 19, 2024) until the filing of such action in Florida state court, provided that any such re-filing occur within one year of the date of this stipulation.

Dated:  New York, New York
        June 3, 2026

*David Fortney*
_____
David Fortney
THE BUZBEE LAW FIRM
600 Travis Street, Ste 7500
Houston, TX 77002
(713) 223-5393
dfortney@txattorneys.com

_____
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com

*Attorneys for Plaintiff Anthony Tate*

_____
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com

*Attorney for Defendants*

SO ORDERED:  _____
              Hon. Lewis A. Kaplan

2